

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 7, 2017

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
                <u>Miscellaneous Docket No. 17-3133 (LDH)</u>

Dear Judge DeArcy Hall:

      The government respectfully submits this letter to confirm that a public hearing on the pending motion to close the courtroom for a proceeding in this matter, which motion was previously submitted to the Court under seal, has been scheduled in courtroom 4H North for December 8, 2017 at 2:30 p.m. The government respectfully requests that any order entered by the Court on the pending motion be filed under seal.

      Counsel for the defendant in the related criminal matter has been advised of and provided with a copy of this letter and the pending motion.

                         Respectfully submitted,

                         BRIDGET M. ROHDE
                         Acting United States Attorney
                         Eastern District of New York

      By:      <u>    /s/                 </u>
                         Joshua Hafetz
                         Assistant U.S. Attorney
                         718-254-6290